**Opinion issued August 9, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00711-CV

————————————

**COURTNEY MICHELLE GULLEDGE, Appellant**

**V.**

**JOHN MATTHEW GULLEDGE, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-53210**

## MEMORANDUM OPINION

This is an appeal from the trial court's final protective order signed on November 19, 2021. Appellant's brief was originally due on March 31, 2022. Notices issued on April 13, 2022 and May 13, 2022, the last of which advised

appellant that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. No response to the notice was received.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (permitting appellate court to dismiss for want of prosecution for failure to file appellant's brief). *See* TEX. R. APP. P. 38.8(a)(1). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.